Stephen Ure, Esq. CSB #188244
**LAW OFFICES OF STEPHEN URE, PC**
1518 Sixth Ave.
San Diego, CA 92101
(619) 235-5400
(619) 235-5404 Fax
*Attorneys for Plaintiff Jeremy Clark-Erskine*

FILED
CLERK U.S. DISTRICT COURT
JUL 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEREMY D. CLARK-ERSKINE,

    Plaintiff

v.

HILLARY RODHAM-CLINTON,

    Defendant

Case No.: 2:11-cv-03420-SVW(FMOx)

~~STIPULATION AND~~ ORDER:
TO DISMISS ACTION WITHOUT PREJUDICE AND TO TAKE THE JULY 30, 2012 HEARING OFF CALENDAR

THE PARTIES STIPULATE TO THE FOLLOWING:

1. Pursuant to *Federal Rules of Civil Procedure* section 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the above referenced action (case number 2:11-cv-03420-SVW) without prejudice;

2. The parties further agree to bear their own attorneys fees and costs;

1

STIPULATION AND ORDER:
TO ACTION WITHOUT PREJUDICE AND TO TAKE THE JULY 30, 2012 HEARING OFF CALENDAR

3. The Motion filed by the Defendant, Hillary Rodham-Clinton, to be heard on July 30, 2012 at 1:30 pm be taken off calendar; and

4. This *Stipulation* may be signed by facsimile/electronically and a facsimile/electronic signature shall be deemed an original.

Dated: 7/9/2012

Stephen Ure
Attorney for Plaintiff

Dated: 7/10/12

Anna Nelson
Attorney for Defendant

**IT IS SO ORDERED.**

Date: 7/24/12

Hon. Stephen V. Wilson

2

**STIPULATION AND ORDER:
TO ACTION WITHOUT PREJUDICE AND TO TAKE THE JULY 30, 2012 HEARING OFF CALENDAR**